Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Division

| | |
|---|---|
| NOEL YOUNG <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Jesse Gossman, Kevin Dougherty, Patricia Boehm, Phillip Brown <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   Name           Noel Young
   Address        3020 NW 13 th ST

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

|  | Fort Lauderdale | FL | 33311 |
|---|---|---|---|
|  | City | State | Zip Code |

County: Broward
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Jesse Goosman
Job or Title (if known): Detective (1666)
Address: 1300 W Broward Blvd

| Fort Lauderdale | FL | 33312 |
|---|---|---|
| City | State | Zip Code |

County: Broward
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

**Defendant No. 2**
Name: Kevin Dougherty
Job or Title (if known): Officer (2048)
Address: 10440 W Oakland Park Blvd

| Sunrise | FL | 33311 |
|---|---|---|
| City | State | Zip Code |

County: Broward
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

**Defendant No. 3**
Name: Patricia Boehm
Job or Title (if known): Officer (1809)
Address: 10440 W Oakland Blvd

| Sunrise | FL | 33311 |
|---|---|---|
| City | State | Zip Code |

County: Broward
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name: Phillip Brown

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

|  |  |
|---|---|
| Job or Title *(if known)* | Phillip Brown |
| Address |  |
|  | fl |
|  | City      State      Zip Code |
| County | Broward |
| Telephone Number |  |
| E-Mail Address *(if known)* |  |

☒ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:
   ☐ Federal officials (a *Bivens* claim)
   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   25 USC 194, 15 USC 2, 18 USC 8, 12 USC 411, 15 USC 1692e(3), Rule 67, 15 USC 1692g, 31 USC 5118, Article 1 Section 10, Article 3 section 2, 7th Amendment, 15 USC 78ff, 4th Amendment, 5th Amendment, 28 USC 1654

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   The 6th amendment grants on the right to counsel. I have not been given that right. Article 1 Sec. 8cl3; taxation of a Indian. 15 USC 1692e(3); any communication from an attorney is false and misleading, 15 USC 78ff(a); knowing and willing causing damage, 18 USC 8; all obligation pursuant to Article 4; Full faith and Credit, HJR 3, HJR 33118 USC 241; conspiracy against rights; 18 USC 242; deprivation of rights under color of law

1 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events of this claim began in Broward County, Ft. Lauderdale, FL

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 3rd 2021, 14:31

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

1. On March 3rd 2021, The Plaintiff, Noel Young, had his automobile impounded and was individually accosted at 288 NE 26th Place, Ft. Lauderdale, FL 33306, by Defandants acting as Sunrise police department employees of Fort Lauderdale, FL.

2. The Defendants, Kevin Dougherty (2048), Patricia Boehm (1809) and Jesse Gossman (1666) asked to see Plaintiff, Noel Yound During IDF/license during arrest. This is kidnapping. Upon being carried away to patrol car, I.D was found later on phone case by Defendant Patricia Boehm (1809), whom breifly explained the I.D found had UCC1 - agent all rights reserved on signature line on Florida I.D.

3. The Defendant Kevin Dougherty (2048), and Patricia Boehm (1809) by the instructions of Defendant Jesse Gossman (1666), arrested search and handcuff Plaintiff, Noel Young without warrant.

4. The Defendant Jesse Gossman (1666) gave no specific charges to Plaintiff, Noel Young for his automobile being impounded or for the arrest, nor did they advise him of his rights, nor shown in the Noel Young bail report, and the Defendant Jesse Gossman (1666) (Perjured Probable Cause Criminal Complaint), with a ficticious victim for a felony count of burglary. Both sworn Affidavits was written upon march 3rd 2021 by Defendant, Kevin Dougherty (2048) and Jesse Gossman (1666). Plaintiff was told to wait 21 days to get Defendant, Kevin Daugherty (2048) filed report after the arrest. Please note defendants sworn affidavit is exculpatory evidence and will show on its face that Defendant, Jesse Gossman (1666) purged on his probable cause complaint and there was no victim no burglary intent, see exhibit A.

5. Defendant Kevin Daugherty (2048) brought Plaintiff Noel Young, to the Fort Lauderdale police department for further questioning from Defendant, Jesse Gossman, and not to any warrant judge or magistrate. The Plaintiff, Noel Young remained in the back seat of the patrol car for at least twenty minutes handcuffed and interigated by unknown detective who appeared to be Defendant, Jesse Gossman (1666) partner. Plaintiff, Noel Young wanted to know what he was being charged with and was never told of any charges until booking. Defendant, Jesse Gossman (1666) requested Plaintiff, Noel Young to come see him and was brought to a room for more questioning, and Defendant, Jesse Gossman (1666) stated that he did not have to read Plaintiff, Noel Young his Miranda Rights. Plaintiff, Noel Young refused to cooperate with being interrogated and Defendant Jesse Gossman (1666) then ordered sunrise police department employees in uniform to subject the Plaintiff, Noel Young to broward county main jail, where Defendant Jesse Gossman knew that Plaintiff would be subject to booking, which included fingerprinting, photographing and confinement for an indefinte period time, and possible subject to other types of assault and battery.

6. Further, the Defendant Jesse Gossman (1666) by his own admission, made no attempt to bring the Plaintiff before magistrate or judge, when he had full opportunity to do so being that the arrest occurred on 1:30 pm Wednesday.

7. The Defendant Jesse Gossman (1666) acting on his own accord with out a warrant or court order, had the Plaintiff, Noel Young automobile towed to an impound lot and put it on a (hold order) and no receipts/paperwork as the automobile and its where abouts.

1 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

8. Plaintiff re-alleged on march 3rd 2021 without a warrant or due process of law florida constitution article 1 section 7 unlawfully arresting Plaintiff, Noel Young and acting contrary to law, did falsely imprison the Plaintiff, Noel Young, depriving him of liberty with a purged probable cause/complaint.

9. As a result of Defendant false imprisonment of Plaintiff, Noel Young, had his right to liberty violated, suffered mental anguish, a lost of time and wages in his work, and a discredit in his reputation by his failure to attend a scheduled meeting.

10. Plaintiff, Noel Young re-alleged paragraph 1-7

11. The Defendants, Kevin Dougherty (2048), Jesse Gossman (1666), Patricia Boehm (2048) upon arresting Plaintiff, Noel Young, brought Plaintiff, Noel Young to the county jail for the purpose of booking detaining him, and by their own admission, make no attempt to bring Plaintiff, Noel Young before a proper judge, or court as required by due process.

12. The act of Defendant, Jesse Gossman (1666) in creating a victim for a felony arrest, see exhibit B, and failing to take Plaintiff, Noel Young, to a judge or court to so decide, constitutes false imprisionment by the Defendant Jesse Gossman (1666), under the law of the land of Florida Constitution, Article 1 section 2

13. Plaintiff, Noel Young re-allegged 1-7.

14. Due to the unlawfull acts of the Defendants, Jesse Gossman (1666), Kevin Dougherty (2048), P. Boehm, Plaintiff, Noel Young suffered a series of assault and battery upon his person, fingerprinting and booking procedures, and arrassment.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff demands restitution for handcuffing and arressting the Plaintiff. Plaintiff demands restitution for impounding Plaintiff automobile. Plaintiff demands all private intellectual property, tangible and intangible be returned to Plaintiff. Plaintiff request that all attorney fee's be paid by Defendants. Plaintiff demands monetary restitution in accordance with Plaintiff liability appears in the sum of 40 million (40,000,000.00) together with the cost and disbursements dated

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-22-2021

Signature of Plaintiff: Neil Young w/o recourse UCC1-308
Printed Name of Plaintiff: Noel Young

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address: 3020 NW 13th St
Fort Lauderdale    FL    33311
City    State    Zip Code

Telephone Number
E-mail Address